Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com
        kanders@jacobsenmcelroy.com

*Local Counsel for Defendant, Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO PURNELL<br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION;<br>    Defendants. | CASE NO.<br><br>**TRANS UNION, LLC'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Superior Court of California, County of Fresno, to the United States District Court for the Eastern District of California, on the following grounds:

1.  On November 3, 2016, Plaintiff Scorpio Purnell commenced a civil action against Trans Union by filing a Complaint in the Superior Court of California, County of Fresno. On November 23, 2016, Trans Union received a copy of the Summons and Complaint. Copies of the foregoing are attached hereto, as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

/ / /

/ / /

2.      Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint at ¶¶ 9-27, attached hereto as **Exhibit "B"**.

3.      This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.      Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court of California, County of Fresno, to the United States District Court for the Eastern District of California.

5.      As of the date of this Notice Of Removal, Defendants Equifax, Inc. and Experian Information Solutions, Inc. and have been served. Counsel for Trans Union has contacted counsel for these Defendants and both have consented to this removal as evidenced by the consents attached hereto as **Exhibit C** and **Exhibit D**.

6.      Notice of this removal will promptly be filed with the Superior Court of California, County of Fresno, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Superior Court of California, County of Fresno, to the United States District Court for the Eastern District of California.

/ / /

/ / /

/ / /

/ / /

/ / /

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | |
| 4 | Date: December 19, 2016. |
| | /s/ Eileen T. Booth, Esq. |
| | Eileen T. Booth, Esq. (CSB #182974) |
| 5 | Kurtis J. Anders, Esq. (CSB #269333) |
| | Jacobsen & McElroy PC |
| 6 | 2401 American River Drive, Suite 100 |
| | Sacramento, CA 95825 |
| 7 | Telephone: 916-971-4100 |
| | Fax: 916-971-4150 |
| 8 | E-Mail: ebooth@jacobsenmcelroy.com |
| | kanders@jacobsenmcelory.com |

Date: December 19, 2016.

/s/ Eileen T. Booth, Esq.
Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com
kanders@jacobsenmcelory.com

*Local Counsel for Defendant, Trans Union, LLC*

TRANS UNION, LLC'S NOTICE OF REMOVAL

# PROOF OF SERVICE

I, Jessica Hawkins, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Jacobsen & McElroy PC, whose address is 2401 American River Drive, Suite 100, Sacramento, CA 95825. On December 19, 2016, I served the following documents:

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ X ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Berkeley, California. |

All documents were sent to the following persons in the following manner:

Scorpio Purnell
5730 North First Street 105-208
Fresno, CA 93710

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 19th day of December, 2016, at Sacramento, CA.

/s/ Jessica Hawkins
Jessica Hawkins

TRANS UNION, LLC'S NOTICE OF REMOVAL