# EXHIBIT "C"

# Equifax, Inc.'s Consent To Removal

| | |
|---|---|
| 1 | Eileen T. Booth, Esq. (CSB #182974) |
| 2 | Kurtis J. Anders, Esq. (CSB #269333) |
|   | Jacobsen & McElroy PC |
| 3 | 2401 American River Drive, Suite 100 |
|   | Sacramento, CA  95825 |
| 4 | Telephone:  916-971-4100 |
|   | Fax:  916-971-4150 |
| 5 | E-Mail:   ebooth@jacobsenmcelroy.com |
|   |          kanders@jacobsenmcelroy.com |

*Counsel for Defendant Trans Union, LLC*

(Designated for Service)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | | |
|---|---|---|
| SCORPIO PURNELL | ) | CASE NO. |
|      Plaintiff, | ) | |
|  | ) | |
| vs. | ) | **EQUIFAX, INC.'S CONSENT** |
|  | ) | **TO REMOVAL** |
| EQUIFAX INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION; | ) ) | |
|      Defendants. | ) | |

Defendant Equifax, Inc. acknowledges its consent to removal of this action from the Superior Court of California, County of Fresno, to the United States District Court, Eastern District of California, Fresno Division.

Dated:  December 19, 2016.

*Authorized Representative for Equifax, Inc.*

*s/ Tony Love*
Tony Love
King & Spalding LLP
1180 Peachtree Street
Atlanta, Georgia  30309
(404) 215-5913 (phone)

**EQUIFAX, INC.'S CONSENT TO REMOVAL – [CASE NO.]**

Page 1 of 1