Christopher A. Ferguson, Esq. (IN #27833-49)
 (admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com
         kanders@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| SCORPIO PURNELL<br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION;<br>    Defendants. | CASE NO. 1:16-cv-01893-LJO-SKO<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY |

Plaintiff Scorpio Purnell, *Pro Se*, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 1:16-CV-01893-LJO-SKO

Page 1 of 3

| | |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3 | Date: 2-23-2017 |
| 4 | Scorpio Purnell |
| 5 | 5730 North First Street 105-208 |
| 6 | Fresno, CA 93710 |
| 7 | *Pro Se Plaintiff* |

Date: 2/27/17

Christopher A. Ferguson, Esq. (IN #27833-49)
(admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail:   ebooth@jacobsenmcelroy.com
              kanders@jacobsenmcelory.com

*Local Counsel for Defendant Trans Union, LLC*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 1:16-CV-01893-LJO-SKO

Page 2 of 3

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Michael Herr against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Michael Herr and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____

_____
JUDGE, United States District Court,
Eastern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Eileen T. Booth, Esq.<br>ebooth@jacobsonmcelroy.com | Jennifer Sun, Esq.<br>jennifersun@jonesday.com |
| Christopher A. Ferguson, Esq.<br>cferguson@schuckitlaw.com | Kurtis J. Anders, Esq.<br>kanders@jacobsenmcelroy.com |
| Scorpio Purnell<br>5730 North First Street 105-208<br>Fresno, CA  93710 | Thomas P. Quinn, Jr.<br>tquinn@nokesquinn.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 1:16-CV-01893-LJO-SKO**