1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

SCORPIO PURNELL,

No.  1:16-cv-01893-LJO-SKO

12

Plaintiff,

13

v.

ORDER DIRECTING THE CLERK TO
TERMINATE DEFENDANT TRANS UNION,
LLC

14

EQUIFAX INC., et al.,

15

Defendants.

(Doc. No. 11)

16
17
18

On February 27, 2017, Plaintiff Scorpio Purnell and Defendant Trans Union, LLC filed a

19

joint stipulation dismissing the action with prejudice.  (Doc. No. 11.)  In light of the parties'

20

stipulation, this action has been terminated as to Defendant Trans Union, LLC, *see* Fed. R. Civ. P.

21

41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been

22

dismissed with prejudice as to Defendant Trans Union, LLC.

23

Accordingly, the Clerk of the Court is directed to TERMINATE Defendant Trans Union,

24

LLC.  The case shall remain OPEN pending resolution of Plaintiff's case against the remaining

25

defendants.

26
27

IT IS SO ORDERED.

28

Dated:   __**February 28, 2017**__                          ___/s/ Sheila K. Oberto___

UNITED STATES MAGISTRATE JUDGE