1  Jennifer Sun (State Bar No. 238942)
   jennifersun@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:   (949) 851-3939
4  Facsimile:    (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.

LODGED
SEP 2 5 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SCORPIO PURNELL,<br><br>                Plaintiff,<br><br>        vs.<br><br>EQUIFAX INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION,<br><br>                Defendants. | Case No. 1:16-cv-01893-LJO-SKO<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>Hon. Lawrence J. O'Neill |

1  IT IS HEREBY STIPULATED by and between Plaintiff Scorpio Purnell ("Plaintiff"), and Defendants Experian Information Solutions, Inc. ("Experian") and Equifax Inc. ("Equifax"), that Plaintiff's claims against Experian and Equifax in the above-captioned action be and hereby are dismissed <u>with prejudice</u> pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All claims have been dismissed and thus, the entire action should be dismissed with prejudice. Plaintiff, Experian and Equifax shall bear his or its own attorneys' fees and costs incurred herein.

Dated: September 25, 2017

By: /s/ Scorpio Purnell
Scorpio Purnell
2644 Sterling Ave
Sanger, CA  93657

Plaintiff PRO SE

Dated: September 21, 2017

JONES DAY

By: /s/ Jennifer Sun
Jennifer Sun

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: September 21, 2017

NOKES & QUINN APC

By: /s/ Thomas P. Quinn, Jr.
Thomas P. Quinn, Jr.

Attorneys for Defendant
EQUIFAX INC.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Scorpio Purnell's claims against Defendants Experian Information Solutions, Inc. and Equifax Inc., and this entire action, are dismissed <u>with</u> <u>prejudice</u>.  Each party shall bear his or its own attorneys' fees and costs incurred herein.

Dated: _____

_____
Honorable Lawrence J. O'Neill
United States District Judge

## CERTIFICATE OF SERVICE

I, Jennifer Sun, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.

On **September 23, 2017**, I served a copy of the **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** by electronic transmission. I am familiar with the United States District Court for the Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

- **Christopher A. Ferguson**
  cferguson@schuckitlaw.com, acormany@schuckitlaw.com, lrang@schuckitlaw.com, mpate@schuckitlaw.com, rputerbaugh@schuckitlaw.com
- **Eileen T. Booth**
  jnewton@jacobsenmcelroy.com
- **Kurtis Jeffrey Anders**
  kanders@jacobsenmcelroy.com, kurtis.anders@gmail.com
- **Thomas Patrick Quinn, Jr.**
  tquinn@nokesquinn.com

I further certify that on **September 23, 2017**, I caused the foregoing document to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed to the following non-CM/ECF participant(s):

Scorpio Purnell
5730 N. First Street 105-208
Fresno, CA 93710
*Pro Se Plaintiff*

Executed on **September 23, 2017**, at Irvine, California.

*/s/ Jennifer Sun*
Jennifer Sun