UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCORPIO PURNELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | No. 1:16-cv-01893-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 19) |

On September 25, 2017, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 19.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 26, 2017**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE